IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nick Haupricht,                     Case No. 3:10 CV 2136

        Plaintiff,             O R D E R

     -vs-                        JUDGE JACK ZOUHARY

United States of America,

        Defendant.

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 6). The Court has reviewed the Report and Recommendation (R&R) of the Magistrate Judge (Doc No. 9) which represents that Plaintiff has consented to a dismissal. The R&R is adopted and this case is dismissed.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      November 23, 2010